

FILED

2020 Oct-15  AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY MANTOOTH,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **2:20-cv-01012-AMM** |
| | ) | |
| **CAVALRY SPV I, LLC;** | ) | |
| **CAVALRY PORTFOLIO** | ) | |
| **SERVICES, LLC,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## PLAINTIFF'S STIPULATION OF DISMISSAL

**COMES NOW** the Plaintiff in the above-styled cause, by and through his attorney of record, and hereby requests that this case be dismissed **with prejudice** against all Defendants with costs taxed as paid.



_____
W. WHITNEY SEALS,
Attorney for Plaintiff

**OF COUNSEL:**

**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Facsimile: (205) 323-3906
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15 October 2020, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

**CAVALRY SPV I, LLC**
c/o Registered Agent
C T Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

**CAVALRY PORTFOLIO SERVICES, LLC**
c/o Registered Agent
C T Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

_____
OF COUNSEL