FILED
2020 Oct-15 PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TERRY MANTOOTH,**          ) | |
|                             ) | |
|     **Plaintiff,**           ) | |
| v.                          ) | **Case No: 2:20-CV-1012 AMM** |
|                             ) | |
| **CAVALRY SPV I LLC and**    ) | |
| **CAVALRY PORTFOLIO**        ) | |
| **SERVICES, LLC.,**          ) | |
|                             ) | |
|     **Defendants.**          ) | |

## ORDER OF DISMISSAL

This matter comes before the court upon the Plaintiff's Stipulation of Dismissal. Doc. 10.  Upon consideration thereof, the court **ORDERS** that this case be, and the same hereby is, **DISMISSED**, against all defendants, **WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this 15th day of October, 2020.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE